ruary 9, 1960, is continued on condition that appellant perfects the appeal herein for argument or submission on March 1, 1960. Concur — Botein, P. J., Breitel, McNally, Stevens and Bastow, JJ.

## (February 19, 1960)

■ JACOB GOTTLIEB v. GUSTAVE B. GARFIELD et al.— Motion to dispense with printing granted on condition that the defendants-appellants serve one copy of Exhibit 7 and one copy of Exhibit 8 upon counsel for plaintiff-respondent simultaneously with the service of the record on appeal, and file two copies of Exhibit 7 and five copies of Exhibit 8 with this court on or before March 23, 1960, and on the further condition that appellants procure the record on appeal and appellants' points to be served and filed on or before March 1, 1960, with notice of argument for the April 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, McNally, Stevens and Bastow, JJ.

■ FUN FAIR PARK, INC., et al. v. FRANCES URSINI et al. FUN FAIR PARK, INC., et al. v. GABOR HOLDING CORPORATION et al.— Motion for an enlargement of time granted, insofar as to extend the appellants' time to serve and file the record on appeal and appellants' points to and including March 10, 1960, with notice of argument for the April 1960 Term of this court, said appeal to be argued or submitted when reached. Respondents' points are to be served and filed on or before March 25, 1960. The order of this court entered January 25, 1960 is modified accordingly. If the above conditions are not complied with, the respondents may submit for signature an ex parte order dismissing the appeal without further notice to appellants. Concur — Botein, P. J., Breitel, McNally, Stevens and Bastow, JJ.

■ ROSE BADIGIAN, Individually and as Guardian ad Litem of GREGORY R. BADIGIAN, an Infant v. GEORGE BADIGIAN.— Motion to dismiss appeal granted, unless the appellant procures the appellant's points to be served and filed on or before March 1, 1960, with notice of argument for the April 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, McNally, Stevens and Bastow, JJ.

■ OTTO ZINSENHEIM v. CONGREGATION BETH DAVID, INC.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before March 1, 1960, with notice of argument for the April 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, McNally, Stevens and Bastow, JJ.

■ MARY CASEY v. ANDREW ROSS et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before March 1, 1960, with notice of argument for the April 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, McNally, Stevens and Bastow, JJ.

## (February 23, 1960)

■ HEIMLICH BROS., INC., Appellant, v. BOBBIE TRIMMINGS, INC., Respondent.— Determination of the Appellate Term affirming the judgment of the City Court which dismissed the complaint is reversed, on the law and on the facts, the judgment vacated, and a new trial ordered, with costs to appellant to abide the event. The proof establishes that a fire broke out in the premises occupied